# EXHIBIT A



# STEVE MCQUEEN

**Reg. No. 3,934,709**
**Registered Mar. 22, 2011**
**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

MCQUEEN, CHADWICK (UNITED STATES INDIVIDUAL)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104 AND

THE TERRY MCQUEEN TESTAMENTARY TRUST A CALIFORNIA TRUST, THE TRUSTEE
 COMPRISING NEILE MCQUEEN TOFFEL, A CITIZEN OF THE UNITED STATES
 (CALIFORNIA TRUST)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2007; IN COMMERCE 4-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "STEVE MCQUEEN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 77-192,481, FILED 5-29-2007.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



**United States of America**

United States Patent and Trademark Office

# STEVE MCQUEEN

**Reg. No. 3,864,765**
**Registered Oct. 19, 2010**
**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

MCQUEEN, CHADWICK (UNITED STATES INDIVIDUAL)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104 AND

THE TRUSTEE OF THE TERRY MCQUEEN TESTAMENTARY TRUST (CALIFORNIA TRUST)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104

FOR: REPLICA AND TOY VEHICLES; MODEL TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-193,580, FILED 5-30-2007.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# STEVE MCQUEEN

**Reg. No. 4,142,859**
**Registered May 15, 2012**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MCQUEEN, CHADWICK (UNITED STATES INDIVIDUAL)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104 AND

THE TRUSTEE OF THE TERRY MCQUEEN TESTAMENTARY TRUST, A CALIFORNIA
   TRUST, THE TRUSTEE COMPRISING NEILE MCQUEEN TOFFEL, A CITIZEN OF THE
   UNITED STATES (CALIFORNIA TRUST)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104

FOR: SUNGLASSES; CASES FOR EYEGLASSES AND SUNGLASSES; SAFETY HELMETS; MOTORCYCLE HELMETS; PROTECTIVE CLOTHING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2010; IN COMMERCE 6-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "STEVE MCQUEEN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 77-192,474, FILED 5-29-2007.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



### United States of America
#### United States Patent and Trademark Office

## STEVE MCQUEEN

**Reg. No. 3,948,067**

**Registered Apr. 19, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MCQUEEN, CHADWICK (UNITED STATES INDIVIDUAL)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104 AND

THE TRUSTEE OF THE TERRY MCQUEEN TESTAMENTARY TRUST, A CALIFORNIA TRUST, THE TRUSTEE COMPRISING NEILE ADAMS TOFFEL, A CITIZEN OF THE UNITED STATES (CALIFORNIA TRUST)
C/O CORBIS CORPORATION
710 2ND STREET, SUITE 200
SEATTLE, WA 98104

FOR: FOOTWEAR; ATHLETIC FOOTWEAR; BASEBALL CAPS; CAP VISORS; CAPS; CAPS WITH VISORS; COATS; HEADWEAR; JACKETS; KNIT SHIRTS; KNITTED CAPS; PANTS; POLO SHIRTS; SHIRTS; SHOES; SLEEPING GARMENTS; SPORT COATS; SPORT SHIRTS; SPORTS JACKETS; SPORTS SHIRTS; SWEAT SHIRTS; SWEATERS; T-SHIRTS; TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "STEVE MCQUEEN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 77-192,489, FILED 5-29-2007.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office