**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CHASE TERRENCE MCQUEEN, MADISON NEILE MCQUEEN, and ARTHUR H. BARENS, Trustees of the Chase Terrence McQueen Trust under the Chad McQueen Trust; and<br><br>CHASE TERRENCE MCQUEEN, MADISON NEILE MCQUEEN, and ARTHUR H. BARENS, Trustees of the Madison Neile McQueen Trust under the Chad McQueen Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 26-cv-212 |

## **SCHEDULE A**

| DOE No. | Defendants | Seller URL |
|:---:|:---:|:---:|
| 1 | 3D Wall Sticker Home Decor Store | https://www.aliexpress.com/store/1103754060 |
| 2 | Aesthetic Decoration Store | https://www.aliexpress.com/store/1104914456 |
| 3 | CYF HOME 029 Store | https://www.aliexpress.com/store/1104632373 |
| 4 | Danangua Store | https://www.aliexpress.com/store/1102520976 |
| 5 | Disney Poster Choice Store | https://www.aliexpress.com/store/1103238212 |
| 6 | Little Sapling Store Store | https://www.aliexpress.com/store/1101816811 |
| 7 | Mee Expo Art Poster 008 Store | https://www.aliexpress.com/store/1104699838 |
| 8 | RainbowTee 42 Store | https://www.aliexpress.com/store/1104555367 |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 9 | Shop1102527788 Store | https://www.aliexpress.com/store/1102527789 |
| 10 | Shop1102892037 Store | https://www.aliexpress.com/store/1102892038 |
| 11 | Shop1103853716 Store | https://www.aliexpress.com/store/1103853717 |
| 12 | Shop1104032536 Store | https://www.aliexpress.us/item/3256807269925692.html |
| 13 | Shop1104079352 Store | https://www.aliexpress.com/store/1104078360 |
| 14 | Shop1105053795 Store | https://www.aliexpress.com/store/1105058765 |
| 15 | Shop1105056496 Store | https://www.aliexpress.com/store/1105053507 |
| 16 | SJKY-059 Store | https://www.aliexpress.com/store/1104682590 |
| 17 | T-shirt Mall Store | https://www.aliexpress.com/store/1104057241 |
| 18 | WeiwoArt Print Store | https://fineart.aliexpress.com/store/1101667130 |
| 19 | XHT Gift 004 Store | https://www.aliexpress.com/store/1104539184 |
| 20 | Alex Book Art | https://www.amazon.com/sp?ie=UTF8&seller=A3RGT55Z09PAPE |
| 21 | binzhougaoxinquweiguahubaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A1VYOWYBWUDCMW |
| 22 | CORNU-COPIA | https://www.amazon.com/sp?ie=UTF8&seller=AZT0ANTHNRFAO |
| 23 | daixuejingarts | https://www.amazon.com/sp?ie=UTF8&seller=AGBLXB90LGB5L |
| 24 | Fashion Appreals | https://www.amazon.com/sp?ie=UTF8&seller=A31C8J04R50KG3 |
| 25 | fdgfggsfghsyg | https://www.amazon.com/sp?ie=UTF8&seller=AEPC4W3CNVUAB |
| 26 | guangzhouyuyandianzishangwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1YS9TRAXZK4HR |
| 27 | Half Summer Time | https://www.amazon.com/sp?ie=UTF8&seller=A2YU8M8PT6X8M7 |
| 28 | HanDanShiLeiQiangJiDianSheBeiAnZhuangYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A3BR9MCCS4CST9 |
| 29 | kaspart | https://www.amazon.com/sp?ie=UTF8&seller=A3U7WSKRVGFVAZ |
| 30 | linnaYS | https://www.amazon.com/sp?ie=UTF8&seller=A39REVEX7JLIQN |

| DOE No. | Defendants | Seller URL |
| --- | --- | --- |
| 31 | MAEJP4H72E | https://www.amazon.com/sp?ie=UTF8&seller=A30D1KTZA3A27D |
| 32 | Meitianbaodan | https://www.amazon.com/sp?ie=UTF8&seller=A3IDL6TEIFS2BH |
| 33 | nicepp | https://www.amazon.com/sp?ie=UTF8&seller=A3S6AFQ3PT5XGZ |
| 34 | RoxyPrints | https://www.amazon.com/sp?ie=UTF8&seller=A1T9DZN9RZA55J |
| 35 | shanxixiongqishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AHRNWSA9NXNNJ |
| 36 | wangqiangstore | https://www.amazon.com/sp?ie=UTF8&seller=A2RL877KOP0VYR |
| 37 | Wazaby Quad | https://www.amazon.com/sp?ie=UTF8&seller=A1WVMBF0UWVNEW |
| 38 | Wentao Overseas Trade Art Trading Shop | https://www.amazon.com/sp?ie=UTF8&seller=A19A7073462Q9E |
| 39 | XianNingShiHanBiaoShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AGWDK9FL4XH9X |
| 40 | xianyouxianchiyunxinmaoyiyouxiangonsi | https://www.amazon.com/sp?ie=UTF8&seller=A3S3JQF1OGEML6 |
| 41 | XiBai Boutique Poster | https://www.amazon.com/sp?ie=UTF8&seller=A392SNTW1W6GDR |
| 42 | youzexu031 | https://www.amazon.com/sp?ie=UTF8&seller=AW13OF4GI1NO7 |
| 43 | zhaozhenhuaart | https://www.amazon.com/sp?ie=UTF8&seller=A1XYGULP957AP |
| 44 | 油漆辅料 | https://www.amazon.com/sp?ie=UTF8&seller=AVFSSM81NPQVU |
| 45 | 海冯边玩具 | https://www.amazon.com/sp?ie=UTF8&seller=A1MLA6MCC0672V |
| 46 | chachamod-19 | https://www.ebay.com/str/chachamod19 |
| 47 | kasuni_49 | https://www.ebay.com/str/sirimarastore |
| 48 | BerryLittles | https://berrylittles.com |
| 49 | Design AT Fashion LLC | https://designatshop.com/ |
| 50 | Eteeclothing | https://eteeclothing.coM |
| 51 | Hotfuel Clothing | https://hotfuel.co.uk |
| 52 | Shibtee | https://shibtee.com/ |
| 53 | T Shirt Grill | https://us.tshirtgrill.com |
| 54 | Torunstyle | https://torunstyle.com/ |
| 55 | trilogygift | https://www.trilogygift.com |
| 56 | Zizagiftsplus | https://zizagiftsplus.com |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 57 | advdfxbcdfgb | https://us.shein.com/store/home?store_code=7741003572 |
| 58 | helongqing123 | https://us.shein.com/store/home?store_code=8904353048 |
| 59 | siyaoweishop | https://us.shein.com/store/home?store_code=8854711253 |
| 60 | wangjingdeshop | https://us.shein.com/store/home?store_code=4010382623 |
| 61 | xiangzhaoyushop | https://us.shein.com/store/home?store_code=7575884170 |
| 62 | FINEST MASTERPIECES | https://www.temu.com/--m-634418212798772.html |
| 63 | zhitengxiechang | https://www.temu.com/zhitengxiechang-m-634418224057664.html |
| 64 | Liuchanglong | https://www.walmart.com/global/seller/102872540 |
| 65 | Liyawen | https://www.walmart.com/global/seller/102819465 |
| 66 | Moda Co | https://www.walmart.com/global/seller/102905603 |
| 67 | Zhangyili | https://www.walmart.com/global/seller/102848082 |